IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NUMBER: 4:23CR268 |
| | § | |
| WILLIAM McKINNLEY GARLAND | § | |

**MOTION TO WITHDRAW AS COUNSEL**

TO THE HONORABLE SEAN D. JORDAN , JUDGE, UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS, SHERMAN DIVISION

COMES NOW, J. Michael Price II, and hereby moves to withdraw from representation of Mr. Garland in this matter. In support, J. Michael Price II would show the following:

I.

Undersigned counsel filed an Entry of Appearance limited to the detention hearing only, because of a prior attorney-client relationship with the defendant. Counsel at the time had no knowledge of the type of charges being filed and no knowledge of the underlying factual allegations.

II.

As of the filing of this motion, undersigned counsel has not been retained and has received no funds for legal fees. Due to the nature, complexity, voluminous discovery and continued detention of Defendant, Counsel respectfully requests to withdraw his representation in this matter.

**WHEREFORE PREMISES CONSIDERED**, J. Michael Price II prays the Court grant this motion releasing him from further representation in this matter.

        Respectfully Submitted,


         /s/ J. MICHAEL PRICE II
            J. MICHAEL PRICE II

J. MICHAEL PRICE II
5600 Tennyson Parkway, Suite 210
Plano, Texas 75024
Ph: 214.765.8000
Fax: 972.848.4042
mpriceii@aol.com
SBOT # 00794885

ATTORNEY FOR DEFENDANT GARLAND

**CERTIFICATE OF CONFERENCE**

I, the undersigned counsel, hereby certify I advised Assistant United States Attorney Marisa Miller of the merits of the foregoing Motion to Withdraw as Counsel via email on the 18th day of December, 2023, and Ms. Miller has not responded with her position yet.

/s/ J. MICHAEL PRICE II
J. MICHAEL PRICE II

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing Motion to Withdraw as Counsel was delivered to Assistant United States Attorney Marisa Miller, via Electronic Case Filing on this the 18th day of December, 2023.

/s/ J. MICHAEL PRICE II
J. MICHAEL PRICE II