UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | CASE NUMBER 4:23-CR-00268 |
| WILLIAM MCKINNLEY GARLAND (1) | § § § § | |

## ORDER

The Court set a hearing to consider the matter of Defendant's detention pending trial and Defendant waived the right to a detention hearing by the execution of waiver.

It is therefore **ORDERED** that Defendant is detained pending trial without prejudice to re-raising the issue of pretrial detention at any time.

So ORDERED and SIGNED this December 21, 2023.

KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE