UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 4:23-CR-268-SDJ |
| WILLIAM MCKINNLEY GARLAND (1) | § § | |
| ANASTASIYA CLAIRE LYONS (5) | § | |

## VERDICT OF THE JURY

As to the offense charged in Count One of the Second Superseding Indictment, we the Jury find:

**WILLIAM MCKINNLEY GARLAND**

 ✓ Guilty _____ Not Guilty

As to the offense charged in Count Two of the Second Superseding Indictment, we the Jury find:

**WILLIAM MCKINNLEY GARLAND**

 ✓ Guilty _____ Not Guilty

**ANASTASIYA CLAIRE LYONS**

 ✓ Guilty _____ Not Guilty

January 22, 2026
DATE

[signature]
PRESIDING JUROR SIGNATURE