UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CIVIL NO. 4:23-CR-268-SDJ |
| | § | |
| WILLIAM MCKINNLEY GARLAND | § | |
| (1) | § | |

## **ORDER**

Before the Court is Defendant William McKinnley Garland's Unopposed Motion to Set Hearing on Forfeiture Issue. (Dkt. #326). After full consideration, the motion is **GRANTED**.

It is therefore **ORDERED** that a forfeiture hearing is set for August 4, 2026, at 10:00 a.m., at the United States Courthouse, 7940 Preston Road, Courtroom 105, Plano, Texas 75024.

**So ORDERED and SIGNED this 7th day of July, 2026.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE